\_\_\_ FILED    \_\_\_ ENTERED
\_\_\_ LOGGED   \_\_\_ RECEIVED

NOV 2 9 2012

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

*

vs.                                     Case No.   12-4731-PWG

*

Christopher Riley

*

\*\*\*\*\*\*

### ORDER TO RECORD AGREEMENT TO FORFEIT PROPERTY

IT IS ORDERED by the United States District Court for the District of Maryland, this day of \_\_\_\_\_November 29th,\_\_\_\_\_ \_\_\_\_2012\_\_\_\_, that the Defendant/Surety/Counsel is hereby directed to record the original of the attached Agreement to Forfeit Property to secure performance of a bail bond in the land records of \_\_\_Cecil County\_\_\_ City/County, Maryland on or before the \_\_5th\_\_ day of \_December\_ 2012, and return the receipt for said recordation to the Clerk of the Court within 48 hours.

Cecil County Clerk

_____
Paul W. Grimm
United States Magistrate Judge