# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

TRANSMITTAL LETTER TO:

United States Courthouse
Attn: Clerk's Office
500 Pearl Street, Room 120
New York, NY 10007-1312

DATE: 12/4/12
U.S.A. vs. Christopher Riley
CASE NO.: 12-4731-PWG
YOUR DOCKET NO.: 12-CR-868

Enclosed herein please find certified copies of the following:

( ) Warrant of Arrest (Copy)
( ) Indictment (Copy)
(✓) Financial Affidavit
( ) Contribution Order
(✓) Order Appointing the Federal Public Defender
( ) CJA 20 Voucher - Appointment of counsel under CJA
( ) Appearance Bond
(✓) Order Setting Conditions of Release
( ) Appearance Line of Counsel
( ) Waiver of Preliminary Hearing
(✓) Waiver of Rule 5(c)(3) Hearings
( ) Temporary Detention Order
( ) Detention Order by Agreement
( ) Commitment to Another District
( ) Docket Sheet from this District
( ) Order re: Medical Evaluation and Appropriate Treatment of Detainee
(✓) Other: Contribution order, Receipt for Surrender of Passport, Defendant's Appearance Bond + Agreement to Forfeit Property, Order to Record Agreement to Forfeit Property,

Please acknowledge receipt of the above documents on the enclosed copy of this transmittal letter and return same to this office. Thank you.

Return to:
Clerk, U.S. District Court
101 West Lombard Street, Room 4415
Baltimore, MD 21201-2675

Receipt of Order to Record Agreement to Forfeit Property, Criminal minutes a Docket Sheet.

By: _____ Deputy Clerk